FILED
CLERK, U.S. DISTRICT COURT

AUG 21 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ml DEPUTY

1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,     ) Case No. CR 09-0157-GHK
12 |            Plaintiff,         )
13 |      v.                       ) **ORDER OF DETENTION**
14 | GREGORY LAMONT WOOTEN,        ) [Fed. R. Crim. P. 32.1(a)(6);
15 |            Defendant.         ) 18 U.S.C. § 3143(a)]
16 |_____)

17      The defendant, having been arrested in this District pursuant to a warrant issued by the
18 United States District Court for the Central District of California for alleged violation(s) of the terms
19 and conditions of his probation/supervised release; and
20      The court, having conducted a detention hearing pursuant to Federal Rule of Criminal
21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:
22 A.   (X) The defendant has not met his/her burden of establishing by clear and convincing
23      evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This
24      finding is based on (1) his lack of sufficient bail resources; and (2) the instant allegations
25      indicate that he is not amenable to supervision .
26      and/or
27 B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing
28      evidence that he/she is not likely to pose a danger to the safety of any other person or the

community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____

_____

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: ____Aug. 21____, 2009.

_____
Fernando M. Olguin
United States Magistrate Judge